# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 22, 2016

## NO. 03-15-00671-CV

**Rebecca Harris, Holly Harris-Bayer, and
Red River Motorcycle Trails, Inc. Recreation Park, Appellants**

**v.**

**Texas Commission on Environmental Quality and EOG Resources, Inc., Appellees**

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on September 24, 2015. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.